People ex rel. Benoit v Molina (2023 NY Slip Op 01272)

People ex rel. Benoit v Molina

2023 NY Slip Op 01272

Decided on March 14, 2023

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 14, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

VALERIE BRATHWAITE NELSON, J.P.
LARA J. GENOVESI
BARRY E. WARHIT
LILLIAN WAN, JJ.

2023-02237

[*1]The People of the State of New York, ex rel. Michelle Benoit, on behalf of Alisha Noel, petitioner,
v
Louis A. Molina, etc., respondent.

Twyla Carter, New York, NY (Nora Carroll and Michelle Benoit pro se of counsel), for petitioner.
Eric Gonzalez, District Attorney, Brooklyn, NY (Leonard Joblove, Chow Yun Xie, Daphney Gachette, and Jean M. Joyce of counsel), for respondent.

DECISION & JUDGMENT
Writ of habeas corpus in the nature of an application to release Alisha Noel upon her own recognizance or, in the alternative, to set reasonable bail upon Kings County Indictment No. 09735/2015.
ADJUDGED that the writ is dismissed, without costs or disbursements.
The determination of the Supreme Court, Kings County, did not violate "constitutional or statutory standards" (People ex rel. Klein v Krueger , 25 NY2d 497, 499; see People ex rel. Rosenthal v Wolfson , 48 NY2d 230).
BRATHWAITE NELSON, J.P., GENOVESI, WARHIT and WAN, JJ., concur.
ENTER:
Maria T. Fasulo
Clerk of the Court